ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MONIQUE C. WINKLER (Cal. Bar No. 213031)
BERNARD B. SMYTH (Cal. Bar No. 217741)
  smythb@sec.gov
THOMAS J. EME (Ill. Bar No. 6224870)
  emet@sec.gov
DAVID ZHOU (NY Bar No. 4926523)
  zhoud@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JESSICA RICHMAN and ZACHARY APTE, <br><br> Defendants. | Case No. 21-cv-01911-CRB <br><br> **DECLARATION OF BERNARD B. SMYTH IN SUPPORT OF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO SERVE DEFENDANTS BY ALTERNATIVE MEANS** <br><br> Courtroom:   6, 17th Floor <br> Date:   Friday, July 16, 2021 <br> Time:   10:00 a.m. |

# DECLARATION OF BERNARD B. SMYTH

I, Bernard B. Smyth, declare:

1. I am an attorney duly admitted to practice in the State of California. I am a Trial Counsel in the San Francisco Regional Office of the United States Securities and Exchange Commission ("Commission"). I am one of the attorneys who has primary responsibility for litigating this matter. I am making this Declaration based upon facts within my personal knowledge, and to which I am competent to testify if called upon to do so.

2. On January 13, 2021, I, along with other Commission staff, participated in a call with Simona Agnolucci of the law firm Willkie Farr & Gallagher LLP regarding her then client, Jessica Richman. During the call, the Commission staff explained the basis of its preliminary determination to recommend to the Commission that it file an enforcement action against Ms. Richman charging her with violations of antifraud provisions of the federal securities laws.

3. On January 14, 2021, I, along with other Commission staff, participated in a call with W. Douglas Sprague of the law firm Covington & Burling LLP regarding his client, Zachary Apte. During the call, the Commission staff explained the basis of its preliminary determination to recommend to the Commission that it file an enforcement action against Mr. Apte charging him with violations of antifraud provisions of the federal securities laws.

4. On March 18, 2021, the day this action was filed, I emailed the following documents to Mr. Sprague: (i) a copy of the file-stamped complaint in this action, (ii) a notice and request for waiver of service of the summons for Mr. Apte, and (iii) a waiver of service form for Mr. Apte. Attached as Exhibit A is a true and correct copy of my March 18, 2021 email to Mr. Sprague with attachments other than the file-stamped complaint.

5. On March 18, 2021, the day this action was filed, I emailed the following documents to Ms. Agnolucci: (i) a copy of the file-stamped complaint in this action, (ii) a notice and request for waiver of service of the summons for Ms. Richman, and (iii) a waiver of service form for Ms. Richman. Attached as Exhibit B is a true and correct copy of my March 18, 2021 email to Ms. Agnolucci with attachments other than the file-stamped complaint.

6.      On March 18, 2021, I received a response to my email of the same day to Ms. Agnolucci in which she informed the Commission staff for the first time that she no longer represented Ms. Richman. Attached as Exhibit C is a true and correct copy of the email I received from Ms. Agnolucci.

7.      On March 18, 2021, after learning that Ms. Agnolucci no longer represented Ms. Richman, I emailed the following documents to Joel Hammerman of the law firm Faegre Drinker Biddle & Reath LLP: (i) a copy of the file-stamped complaint in this action, and (ii) a notice and request for waiver of service of the summons for Ms. Richman. Attached as Exhibit D is a true and correct copy of my March 18, 2021 email to Mr. Hammerman with attachments other than the copy of the file-stamped complaint.

8.      On March 22, 2021, I received an email from Mr. Sprague stating that "[i]f Mr. Apte elects to waive service of the summons, that will be communicated to you." Attached as Exhibit E is a true and correct copy of the May 22, 2021 email I received from Mr. Sprague.

9.      On March 22, 2021, I received an email from Mr. Hammerman stating that "[i]f Ms. Richman elects to waive service of the summons, that will be communicated to you." Attached as Exhibit F is a true and correct copy of the May 22, 2021 email I received from Mr. Hammerman.

10.     As of the date of this Declaration, I have not received any further communications from Mr. Sprague or Mr. Hammerman regarding their client's respective decision regarding waiver of service of the summons.

11.     As of the date of this Declaration, the Commission staff has not received a signed waiver of service of the summons from either Mr. Apte or Ms. Richman.

12.     On March 31, 2021, the Commission delivered service requests on Form USM-94 to the Senatsverwaltung für Justiz, which is the designated Central Authority under the Hague Convention for service of process in the German State of Berlin (the "German Authority"), seeking to effect service on Mr. Apte and Ms. Richman. Attached as Exhibit G is a true and correct copy of the cover letter and Form USM-94 submitted to the German Authority requesting service of process on

1  Ms. Richman pursuant to the Hague Convention. A substantially identical request was delivered the
2  same day to the German Authority for service upon Mr. Apte.

3  13. On June 3, 2021, the Commission received a response from the German Authority to
4  the Commission's service request pursuant to the Hague Convention. Attached as Exhibit H is a true
5  and correct copy of the letter the Commission received from the German Authority in response to the
6  Commission's service request pursuant to the Hague Convention for Mr. Apte. Attached as Exhibit I
7  is a true and correct copy of an English translation of the letter attached as Exhibit H. On June 7,
8  2021, the Commission received a substantially identical letter from the German Authority in response
9  to the Commission's service request for Ms. Richman.

10  14. Attached as Exhibit J is a true and correct copy of the relevant excerpts from the
11  German Ministry of Justice's responses to the Special Commission of the Hague Convention on
12  Private International Law relating to the operation of the Hague Conventions on the Service of
13  Documents, Taking of Evidence and Apostilles from 27 October to 4 November 2003.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was signed in San Francisco, California on June 10, 2021.

/s/ Bernard B. Smyth
BERNARD B. SMYTH