# EXHIBIT C

## Smyth, Bernard B. (Brent)

| | |
|---|---|
| **From:** | Agnolucci, Simona <SAgnolucci@willkie.com> |
| **Sent:** | Thursday, March 18, 2021 3:40 PM |
| **To:** | Smyth, Bernard B. (Brent) |
| **Cc:** | Eme, Thomas J.; Zhou, David |
| **Subject:** | RE: SEC v. Richman, et al., Case No. 3:21-cv-01911 (ND Cal.) |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Brent--I no longer represent Ms. Richman in this matter.

Thanks,
Simona


**Simona Agnolucci**
**Willkie Farr & Gallagher LLP**
One Front Street | San Francisco, CA 94111
Direct: +1 415 858 7447 | Fax: +1 415 858 7599
sagnolucci@willkie.com | vCard | www.willkie.com bio
Pronouns:  she, her, hers

**From:** Smyth, Bernard B. (Brent) <SmythB@sec.gov>
**Sent:** Thursday, March 18, 2021 1:45 PM
**To:** Agnolucci, Simona <SAgnolucci@willkie.com>
**Cc:** Eme, Thomas J. <EmeT@sec.gov>; Zhou, David <zhoud@SEC.GOV>; Smyth, Bernard B. (Brent) <SmythB@sec.gov>
**Subject:** SEC v. Richman, et al., Case No. 3:21-cv-01911 (ND Cal.)

*** EXTERNAL EMAIL ***

Simona,

Attached please find a file-stamped copy of the complaint filed today in District Court for the Northern District of California against your client, Jessica Richman.

Also attached are a Notice and Request for Waiver of Service of the Summons and Waiver of Service form.  We understand that Ms. Richman is currently in Germany.  If she agrees to waive service of the summons, she will therefore have 90 days from today to file an answer to the complaint.  In the event Ms. Richman elects not to waive service of the summons, she may be responsible for the costs associated with effectuating personal service.

If Ms. Richman elects to waive service of the summons, please complete and sign the attached Waiver of Service form and return it to me as soon as possible.  If you have any questions please feel free to give me a call.

Thank you,

Brent Smyth

1

Trial Counsel, Office of Enforcement
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104-4802
Ph: (415) 705-1052 Fax: (415) 705-2501
e-mail: smythb@sec.gov

---

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.