# EXHIBIT D

**Smyth, Bernard B. (Brent)**

| | |
|---|---|
| **From:** | Smyth, Bernard B. (Brent) |
| **Sent:** | Thursday, March 18, 2021 4:26 PM |
| **To:** | joel.hammerman@faegredrinker.com |
| **Cc:** | Eme, Thomas J.; Zhou, David; Smyth, Bernard B. (Brent) |
| **Subject:** | SEC v. Richman, et al., Case No. 3:21-cv-01911 (ND Cal.) |
| **Attachments:** | 001 Complaint.pdf; Notice and Request to Waive Service of Summons (Richman).pdf; Notice and Request to Waive Service of Summons (Richman).doc |

Dear Mr. Hammerman,

I am an attorney with the Securities and Exchange Commission. My colleagues and I tried to call you this afternoon, but received an error message when we tried your direct line.

We understand that you represent Jessica Richman. We wanted to introduce ourselves and let you know that the SEC filed the attached complaint today in District Court for the Northern District of California against Ms. Richman. Also attached are a Notice and Request for Waiver of Service of the Summons and Waiver of Service form. We understand that Ms. Richman is currently in Germany. If she agrees to waive service of the summons, she will therefore have 90 days from today to file an answer to the complaint. In the event Ms. Richman elects not to waive service of the summons, she may be responsible for the costs associated with effectuating personal service.

If Ms. Richman elects to waive service of the summons, please complete and sign the attached Waiver of Service form and return it to me as soon as possible. If you have any questions please feel free to give me a call.

Thank you,

Brent Smyth
Trial Counsel, Office of Enforcement
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104-4802
Ph: (415) 705-1052 Fax: (415) 705-2501
e-mail: smythb@sec.gov

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:21-cv-01911 |
| Jessica Richman and Zachary Apte | ) | |
| *Defendant* | ) | |

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To: Jessica Richman, c/o Joel Hammerman, Esq.
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   60   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   3/18/2021

/s/ Bernard B. Smyth
*Signature of the attorney or unrepresented party*

Bernard B. Smyth
*Printed name*

U.S. SEC, 44 Montgomery St., Suite 2800, San Francisco, CA 94104
*Address*

smythb@sec.gov
*E-mail address*

(415) 705-1052
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:21-cv-01911 |
| Jessica Richman and Zachary Apte | ) | |
| *Defendant* | ) | |

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To:   Jessica Richman, c/o Joel Hammerman, Esq.
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   60   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:    3/18/2021

/s/ Bernard B. Smyth
*Signature of the attorney or unrepresented party*

Bernard B. Smyth
*Printed name*

U.S. SEC, 44 Montgomery St., Suite 2800, San Francisco, CA 94104
*Address*

smythb@sec.gov
*E-mail address*

(415) 705-1052
*Telephone number*