# EXHIBIT E

**Smyth, Bernard B. (Brent)**

| | |
|---|---|
| **From:** | Sprague, Doug <dsprague@cov.com> |
| **Sent:** | Monday, March 22, 2021 11:25 AM |
| **To:** | Smyth, Bernard B. (Brent) |
| **Cc:** | Eme, Thomas J.; Zhou, David |
| **Subject:** | RE: SEC v. Richman, et al., Case No. 3:21-cv-01911 (ND Cal.) |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Brent --

If Mr. Apte elects to waive service of the summons, that will be communicated to you. Unless and until that occurs, I understand you will proceed accordingly. Thanks.

Doug

**Doug Sprague**

Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
T +1 415 591 7097 | dsprague@cov.com
www.cov.com

**COVINGTON**

**From:** Smyth, Bernard B. (Brent) <SmythB@sec.gov>
**Sent:** Monday, March 22, 2021 11:16 AM
**To:** Sprague, Doug <dsprague@cov.com>
**Cc:** Eme, Thomas J. <EmeT@sec.gov>; Zhou, David <zhoud@SEC.GOV>; Smyth, Bernard B. (Brent) <SmythB@sec.gov>
**Subject:** RE: SEC v. Richman, et al., Case No. 3:21-cv-01911 (ND Cal.)

**[EXTERNAL]**
Doug,

We have not yet heard from you in response to the email below. Can you please let us know as soon as possible if your client is agreeable to waiver of service.

Thank you,

Brent Smyth
Trial Counsel, Office of Enforcement
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104-4802
Ph: (415) 705-1052 Fax: (415) 705-2501
e-mail: smythb@sec.gov

1

**From:** Smyth, Bernard B. (Brent)
**Sent:** Thursday, March 18, 2021 1:44 PM
**To:** 'dsprague@cov.com' <dsprague@cov.com>
**Cc:** Eme, Thomas J. <EmeT@sec.gov>; Zhou, David <zhoud@SEC.GOV>; Smyth, Bernard B. (Brent) <SmythB@sec.gov>
**Subject:** SEC v. Richman, et al., Case No. 3:21-cv-01911 (ND Cal.)

Doug,

Attached please find a file-stamped copy of the complaint filed today in District Court for the Northern District of California against your client, Zachary Apte.

Also attached are a Notice and Request for Waiver of Service of the Summons and Waiver of Service form. We understand that Mr. Apte is currently in Germany. If he agrees to waive service of the summons, he will therefore have 90 days from today to file an answer to the complaint. In the event Mr. Apte elects not to waive service of the summons, he may be responsible for the costs associated with effectuating personal service.

If Mr. Apte elects to waive service of the summons, please complete and sign the attached Waiver of Service form and return it to me as soon as possible. If you have any questions please feel free to give me a call.

Thank you,

Brent Smyth
Trial Counsel, Office of Enforcement
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104-4802
Ph: (415) 705-1052 Fax: (415) 705-2501
e-mail: smythb@sec.gov