# EXHIBIT F

**Smyth, Bernard B. (Brent)**

| | |
|---|---|
| **From:** | Hammerman, Joel M. <joel.hammerman@faegredrinker.com> |
| **Sent:** | Monday, March 22, 2021 4:20 PM |
| **To:** | Smyth, Bernard B. (Brent) |
| **Cc:** | Eme, Thomas J.; Zhou, David; Quiñones Fernandez, Luis E.; Hammerman, Joel M. |
| **Subject:** | RE: SEC v. Richman, et al., Case No. 3:21-cv-01911 (ND Cal.) |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. Smyth,

I apologize for the delay in responding.

If Ms. Richman elects to waive service of the summons, that will be communicated to you.  Until that occurs, we understand you will proceed accordingly.

Please let us know if you have any questions.

Sincerely,

Joel Hammerman

**Joel M. Hammerman**
Partner
joel.hammerman@faegredrinker.com
Connect: vCard

+1 312 356 5060 direct / +1 312 203 4250 mobile

**Faegre Drinker Biddle & Reath** LLP
311 S. Wacker Drive, Suite 4300
Chicago, Illinois 60606, USA

---

**From:** Smyth, Bernard B. (Brent) <SmythB@sec.gov>
**Sent:** Monday, March 22, 2021 1:17 PM
**To:** Hammerman, Joel M. <joel.hammerman@faegredrinker.com>
**Cc:** Eme, Thomas J. <EmeT@sec.gov>; Zhou, David <zhoud@SEC.GOV>; Smyth, Bernard B. (Brent) <SmythB@sec.gov>
**Subject:** RE: SEC v. Richman, et al., Case No. 3:21-cv-01911 (ND Cal.)

**This Message originated outside your organization.**

---

Mr. Hammerman,

We have not yet heard from you in response to the email below.  Can you please let us know as soon as possible if your client is agreeable to waiver of service.

1

Thank you,

Brent Smyth
Trial Counsel, Office of Enforcement
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104-4802
Ph: (415) 705-1052 Fax: (415) 705-2501
e-mail: smythb@sec.gov

---

**From:** Smyth, Bernard B. (Brent)
**Sent:** Thursday, March 18, 2021 4:26 PM
**To:** 'joel.hammerman@faegredrinker.com' <joel.hammerman@faegredrinker.com>
**Cc:** Eme, Thomas J. <EmeT@sec.gov>; Zhou, David <zhoud@SEC.GOV>; Smyth, Bernard B. (Brent) <SmythB@sec.gov>
**Subject:** SEC v. Richman, et al., Case No. 3:21-cv-01911 (ND Cal.)

Dear Mr. Hammerman,

I am an attorney with the Securities and Exchange Commission.  My colleagues and I tried to call you this afternoon, but received an error message when we tried your direct line.

We understand that you represent Jessica Richman.  We wanted to introduce ourselves and let you know that the SEC filed the attached complaint today in District Court for the Northern District of California against Ms. Richman.  Also attached are a Notice and Request for Waiver of Service of the Summons and Waiver of Service form.  We understand that Ms. Richman is currently in Germany.  If she agrees to waive service of the summons, she will therefore have 90 days from today to file an answer to the complaint.  In the event Ms. Richman elects not to waive service of the summons, she may be responsible for the costs associated with effectuating personal service.

If Ms. Richman elects to waive service of the summons, please complete and sign the attached Waiver of Service form and return it to me as soon as possible.  If you have any questions please feel free to give me a call.

Thank you,

Brent Smyth
Trial Counsel, Office of Enforcement
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104-4802
Ph: (415) 705-1052 Fax: (415) 705-2501
e-mail: smythb@sec.gov

***************************
This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.
***************************