# EXHIBIT G



OFFICE OF
INTERNATIONAL
AFFAIRS

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**

100 F STREET, N.E
WASHINGTON, DC 20549-1004

TELEPHONE:  (202) 551-4526

March 31, 2021

**VIA OVERNIGHT MAIL**

Senatsverwaltung für Justiz
Verbraucherschutz und Antidiskriminierung
Salzburger Strasse 21-25
10825 Berlin
Deutschland

      Re:    SEC v. Richman, et al., Case No. 3:21-cv-01911-YGR (N.D. Cal.); OIA Ref. 2019-01875-005

Dear Sir or Madam:

In accordance with the Hague Service Convention for Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial matters, we request that your office, as the Central Authority for Berlin, Germany, effect service of process of the enclosed documents as soon as possible on **Jessica Richman** in the above-referenced case.  Please note that we request service in accordance with the provisions of sub-paragraph (a) of Article 5 of the Convention, by a method prescribed by the internal law of Germany for the service of documents in domestic actions upon persons within its territory.  Should the defendant not accept service voluntarily, we trust that the Senatsverwaltung für Justiz will ensure service in accordance with Article 5(a).

Enclosed please find the following documents in connection with the above-referenced case:  (1) form USM-94, Hague Service Convention Request for Service Abroad of Judicial or Extrajudicial Documents (one original in English, one copy in English); (2) Summons (two copies in English, two copies in German); (3) Complaint (two copies in English, two copies in German); (4) ECF Registration Information (two copies in English, two copies in German); (5) Standing Order for All Judges of the Northern District of California (two copies in English, two copies in German); and (6) Judge Yvonne Gonzalez Rogers' Standing Order in Civil Cases (two copies in English, two copies in German).

**The documents are provided for Jessica Richman, whose last known address is** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Senatsverwaltung für Justiz
March 31, 2021
Page 2 of 2

Please return the Form USM-94 Certificate of Service to Bernard B. Smyth, Securities and Exchange Commission, 44 Montgomery Street, Suite 2800, San Francisco, CA 94104-4802, USA.

If you need any additional information, please feel free to contact me by telephone at 202-551-4526 or by E-mail at HagueService@sec.gov.  Thank you for your assistance in this matter.

    Sincerely,

    /s/ Matthew B. Greiner

    Matthew B. Greiner
    Assistant Director

Enclosures as noted

Bernard B. Smyth, SEC Attorney (without enclosures)

U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Bernard B. Smyth, Attorney<br>Securities and Exchange Commission ("SEC")<br>44 Montgomery Street, Suite 2800<br>San Francisco, CA 94104-4802<br>Attorney has authority to make this request pursuant to U.S. Fed. Rule of Civil Proc. 4 | Senatsverwaltung für Justiz<br>Verbraucherschutz und Antidiskriminierung<br>Salzburger Strasse 21-25<br>10825 Berlin<br>Deutschland |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
**(identity and address)**
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

Jessica Richman, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summons
2. Complaint
3. ECF Registration Information
4. Standing Order for All Judges of the Northern District of California
5. Judge Gonzalez Rogers' Standing Order in Civil Cases

Done at San Francisco, CA , the 31 Mar. 2021
*Fait à                          , le*

Signature and/or stamp
*Signature et/ou cachet*

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1) que la demande a été exécutée*
    -- the (date) -- *le (date)* _____
    -- at (place, street, number) - *à (localité, rue, numéro)*
_____

    -- in one of the following methods authorized by article 5:
    -- *dans une des formes suivantes prévues à l'article 5:*

      ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a) selon les formes légales (article 5. alinéa premier, lettre a)*

      ☐ (b) in accordance with the following particular method:
        *b) selon la forme particulière suivante:* _____

      ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
        *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

    - (identity and description of person)
    - *(Identité et qualité de la personne)*

    - relationship to the addressee family, business or other
    - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**ANNEXES**
*Annexes*

Documents returned:
*Pieces renvoyées*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at _____ , the _____
*Fait à* _____ , *le* _____

Signature and/or stamp
*Signature et/ou cachet*

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

U.S. Securities and Exchange Commission ("SEC"), 44 Montgomery Street, Suite 2800, San Francisco, CA 94104-4802

**Particulars of the parties:**
*Identité des parties:*

SEC is a government agency. Jessica Richman is an individual and former officer and director of a U.S. company.

### JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Complaint in a federal court lawsuit alleging violations of the U.S. securities laws and requests relief.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

SEC is suing Jessica Richman alleging that she violated U.S. securities laws.

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

The answer should be filed with the Court within 21 days after service of the Complaint.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision:*

The Summons was issued by the U.S. District Court for the Northern District of California.

**Dale of judgment\*\*:**
*Date de la décision:*

The Summons is dated March 19, 2021.

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte:*

The answer is due within 21 days after service of the Complaint.

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:\*\***
*Indication des délais figurant dans l'acte:*