# EXHIBIT H

**Senatsverwaltung für Justiz,
Antidiskriminierung und Verbraucherschutz**



Senatsverwaltung für Justiz, Verbraucherschutz und
Antidiskriminierung • Salzburger Str. 21 - 25 • 10825 Berlin

**Luftpost! Einschreiben!**
Bernard B. Smyth, Attorney
Scurities and Exchange Commission (SEC)
44 Montgomery Street, Suite 2800
San Francisco, CA 94104-4802
**USA**

Geschäftszeichen (bitte immer angeben)
II B 9 - 9341/E/248/2021
Bearb.: Frau Bärenholz
Telefon (0 30)   90 13 - 3209
(Vermittlg.)     90 13-0
(Intern)         9 13
Telefax:         90 13-20 00
Internet: www.berlin.de/sen/justva
E-Mail: poststelle@senjustva.berlin.de
Elektronische Zugangseröffnung gemäß
§ 3a Abs.1 VwVfG: www.egvp.de

Datum: 30. April 2021

**Rechtshilfeverkehr in Zivilsachen zwischen den Vereinigten Staaten von Amerika und der Bundesrepublik Deutschland im Rahmen des Haager Zustellungsübereinkommens vom 15. November 1965**

Ihr Ersuchen vom 31. März 2021 in einem Verfahren vor dem United States District Court for the Northern District of California (USA) um Zustellung an Zachray Apte in Berlin Case No. 3:21-cv-01911 SK

Re: SEC v. Richman, et al., Case No. 3:21-cv-01911-YGR (N.D. Cal.); OIA Ref. 2019-01875-004

2 Anlagen

Sehr geehrter Herr Rechtsanwalt Smyth,

anliegend muss ich Ihnen das nebst Anlagen leider unerledigt zurückgeben, weil die Voraussetzungen des Haager Zustellungsübereinkommens nicht erfüllt sind.

Das Übereinkommen ist in Zivil- oder Handelssachen anzuwenden, wobei eine Rechtsangelegenheit als zivil- oder handelsrechtlich anzusehen ist, wenn sie ihrer Natur nach das Bestehen privater Rechte oder Rechtsverhältnisse gleichgeordneter Parteien betrifft.

Hieran fehlt es jedoch, denn die SEC als Börsenaufsichtsbehörde handelt als staatliche Behörde mit hoheitlichen Befugnissen gegenüber Privatpersonen (als möglicherweise Verantwortliche eines Wirtschaftsunternehmens).

Verkehrsverbindungen: 🚌 104, M 46 bis Rathaus Schöneberg, Ⓤ 4 bis Rathaus Schöneberg 🚶, Ⓤ 7 bis Bayerischer Platz 🚶
Eingang zum Dienstgebäude: Salzburger/Ecke Badensche Straße, 10825 Berlin-Schöneberg
Zahlungen bitte bargeldlos an die Landeshauptkasse Berlin, 10789 Berlin, auf eines der folgenden Konten:

| Geldinstitut | IBAN: | BIC: | Geldinstitut | IBAN: | BIC: |
|---|---|---|---|---|---|
| Postbank Berlin | DE47100100100000058100 | PBNKDEFF100 | Bundesbank, Filiale Berlin | DE53100000000010001520 | MARKDEF1100 |

- 2 -

Im Übrigen käme eine Erledigung des Ersuchens auch im Hinblick auf die unter Ziffer 6 (Seite 3 der „Complaint") und unter Punkt IV. (Seite 13 der „Complaint") der Klage geltend gemachten Ansprüche nicht in Betracht. Soweit der „Securities Act of 1933" bzw. der „Securities Exchange Act of 1934" bestimmen, dass zivilrechtliche Strafen an das Finanzministerium bzw. das Schatzamt der Vereinigten Staaten zu leisten sind, handelt es sich nicht um privatrechtliche Ansprüche, sondern öffentlich-rechtliche Sanktionen, die einer staatlichen Stelle zur Erfüllung ihrer hoheitlichen Verpflichtungen zufließen.

Die beantragte Zustellung kann daher nicht bewilligt werden; **der Zustellungsantrag wird hiermit zurückgewiesen.**

Gegen diese Entscheidung kann innerhalb eines Monats ab Bekanntgabe <u>unmittelbar</u> bei dem Kammergericht Berlin, Elßholzstraße 30-33, 10781 Berlin, ein Antrag auf gerichtliche Entscheidung gestellt werden (§§ 23, 26 Einführungsgesetzes zum Gerichtsverfassungsgesetz -EGGVG-).

Mit vorzüglicher Hochachtung
Im Auftrag

Bärenholz