# EXHIBIT I



**Senate Department for Justice,
Anti-Discrimination and Consumer Protection**

Senate Department for Justice, Consumer Protection
and Anti-Discrimination • Salzburger Str. 21 - 25 • 10825 Berlin

**Airmail! Registered mail!**

Bernard B. Smyth, Attorney
Securities and Exchange Commission (SEC)
44 Montgomery Street, Suite 2800
San Francisco, CA 94104-4802 USA

Reference number (please always state)
II B 9 - 9341 / E / 248/2021
Treated by: Ms. Bärenholz
Telephone (0 30) 90 13 - 3209
(operator) 90 13-0
(internal) 9 13
Fax:         90 13-20 00
Internet: http://www.berlin.de/sen/justva
E-Mail: poststelle@senjustva.berlin.de
Electronic access in accordance with Section 3a (1)
VwVfG: www.egvp.de

Date: April 30, 2021

**Legal assistance in civil matters between the United States of America and the Federal Republic of Germany under the Hague Service Convention of November 15, 1965**

Your request of March 31, 2021 in proceedings before the United States District Court for the Northern District of California (USA) for service to Zachray Apte in Berlin Case No. 3: 21-cv-01911 SK

Re: SEC v. Richman, et al., Gases No. 3:21-cv-01911-YGR (N.D. Cal.); 01A Ref. 2019-01875-004

2 Annexes

Dear attorney Smyth,

Enclosed I have to return the unfinished business and the annexes to you because the requirements of the Hague Service Convention are not met.

The Convention is applicable in civil or commercial matters, whereby a legal matter is to be regarded as civil or commercial law if it by its nature affects the existence of private rights or legal relationships of equal parties.

This is lacking, however, because the SEC, as the stock exchange supervisory authority, acts as a state authority with sovereign powers over private individuals (as possibly responsible for a commercial enterprise).

Transport connections:  [Logo: Railway] 104, M 46 to Rathaus Schöneberg,  [Logo: Metro] 4 to Rathaus Schöneberg ,

[Logo: On foot and metro] 7 to Bayerischer Platz  [Logo: on foot]
Entrance to the office building: Salzburger / corner Badensche Straße, 10825 Berlin-Schöneberg
Please make cashless payments to the Main Office Berlin, 10789 Berlin, to one of the following accounts.

| Bank | IBAN: | BIC: | Bank | IBAN: | BIC: |
|---|---|---|---|---|---|
| Postbank Berlin | DE47100100100000058100 | PBNKDEFF100 | Bundesbank, Berlin | DE53100000000010001520 | MARKDEF1100 |

-2-

Incidentally, a settlement of the request was also not possible with regard to the claims asserted under section 6 (page 3 of the "Complaint") and under section IV. (Page 13 of the "Complaint") of the lawsuit. Insofar as the "Securities Act of 1933" or the "Securities Exchange Act of 1934" stipulate that civil penalties must be paid to the Treasury Department or the Treasury of the United States, these are not private law claims, but public law claims Sanctions that a government agency receives in order to fulfill its sovereign obligations.

The requested service cannot therefore be approved; **the request for service is hereby rejected.**

An application for a judicial decision can be filed against this decision within one month of its announcement <u>directly</u> at the Kammergericht Berlin, Elßholzstraße 30-33, 10781 Berlin (§§ 23, 26 Introductory Act to the Courts Constitution Act -EGGVG-).

Yours sincerely, on behalf of us,

[illegible signature]
Bärenholz

                        [Seal of the Senate for Justice, Consumer Protection
                        and Anti-Discrimination Berlin 7]



# Certification of Translation Accuracy

LATITUDE PRIME hereby certifies that the attached document(s), translated from German into English is, to the best of our knowledge and belief, a true, accurate, and complete translation of the following document(s):

Barenholz Letter to SEC 20210430

Executed this 8th day of June 2021

Signed: _____
Latitude Prime LLC
80 S 8th St, Suite 900
Minneapolis, MN 55402

**ATA Member # 260699**      American Translators Association

**ISO 9001:2015 & ISO 17100:2015 Certified**

Order Number: O-03734

Latitude Prime LLC uses all available measures to ensure the accuracy of each translation but shall not be held liable for damages due to error or negligence in translation or transcription.