W. DOUGLAS SPRAGUE (Cal. Bar No. 202121)
DAVID JUNG (Cal. Bar No. 314508)
RAINA BHATT (Cal. Bar No. 319435)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533

YASMIN BEST (Cal. Bar No. 235959)
FAEGRE DRINKER BIDDLE & REATH, LLP
1800 Century Park East, Ste. 1500
Los Angeles, California 90067

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 21-CV-01911-CRB |
| Plaintiff, | **DECLARATION OF JOEL M. HAMMERMAN OF FAEGRE DRINKER BIDDLE & REATH, LLP** |
| v. | |
| JESSICA RICHMAN and ZACHARY APTE, | |
| Defendants. | |

I, Joel M. Hammerman, declare as follows:

1.      I am an attorney at FAEGRE DRINKER BIDDLE & REATH, LLP ("Faegre").  I have personal knowledge of the facts set forth herein and, if called upon to testify, could and would testify competently thereto.

2.      This declaration is made in support of COVINGTON & BURLING LLP's ("Covington") and Faegre's Administrative Motion To File Under Seal Exhibit filed on June 24, 2021, in the above-captioned matter.

3.      Attached to the Motion To Seal is a copy of an unredacted version of Exhibit 1, provisionally filed under seal in its entirety, which contains private and confidential health information of Dr. Jessica Richman.

4.      On June 23, 2021, Doug Sprague (Covington) and I spoke with counsel David Zhou and Thomas J. Eme from the SEC seeking a stipulation to seal Dr. Richman's personal health information pursuant to Local Rules 7-11 and 7-12.  Counsel for the SEC has advised Covington and Faegre that the SEC "do[es] not object to [the] proposed administrative motion to file under seal."

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 24, 2021.

By: */s/   Joel M. Hammerman*
Joel M. Hammerman
FAEGRE DRINKER BIDDLE & REATH, LLP
311 S Wacker Dr., Ste. 4300
Chicago, IL 60606
Telephone: (312) 212-6500
Facsimile: (312) 212-6501
*Joel.Hammerman@faegredrinker.com*

**DECLARATION OF JOEL M. HAMMERMAN OF FAEGRE DRINKER BIDDLE & REATH, LLP**