# EXHIBIT 1

ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MONIQUE WINKLER (Cal. Bar No. 213031)
BERNARD B. SMYTH (Cal. Bar No. 217741)
 smythb@sec.gov
THOMAS J. EME (Ill. Bar No. 6224870)
 emet@sec.gov
DAVID ZHOU (NY Bar No. 4926523)
 zhoud@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 21-cv-01911-CRB |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| JESSICA RICHMAN and ZACHARY APTE, | |
| Defendants. | |

I, Janet Bukowski, am a citizen of the United States, over 18 years of age, and am not a party in this action. On July 22, 2021, I served true and correct copies of the following:

**COMPLAINT**

**SUMMONS**

**ECF REGISTRATION INFORMATION**

**JUDGE BREYER'S STANDING ORDERS**

**JUDGE BREYER'S NOTICE RE: TELEPHONIC APPEARANCE PROCEDURES**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

I served the above via e-mail to the following:

> Doug Sprague, Esq.
> Covington & Burling LLP
> Salesforce Tower, 415 Mission Street, Suite 5400
> San Francisco, CA 94105
> dsprague@cov.com

> Joel Hammerman, Esq.
> Faegre Drinker Biddle & Reath LLP
> 311 S. Wacker Drive, Suite 4300
> Chicago, IL 60606
> joel.hammerman@faegredrinker.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 2, 2021

/s/ *Janet Bukowski*
Janet Bukowski
Paralegal Specialist
SECURITIES AND EXCHANGE COMMISSION