# EXHIBIT 2

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of California

Case Number: 3:21-CV-01911

Plaintiff:
**U. S. Securities & Exchange Commission**

vs.

Defendant:
**Richman, Jessica**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Jessica Richman, 465 Ocean Drive, Unit 315, Miami Beach, FL 33139**.

I, Mike Noble, do hereby affirm that on the **26th day of July, 2021** at **2:10 pm, I:**

Served Summons & Complaint; Notice Re Telephonic Appearance Procedures for District Judge Charles R. Breyer; General Standing Order for Civil and Criminal Cases Before Judge Charles R. Breyer; ECF Registration Information; Standing Order for All Judges of the Northern District of California on Joel Hammerman Esq. as counsel for Jessica Richman. Service occurred at 1030 Forest Ave, Evanston, IL 60202.

**Additional Information pertaining to this Service:**
Served pursuant to Rule 4(f)(3) by "serving a copy of the complaint and summons on defendants' United States counsel via personal service and electronic mail" as ordered on July 19, 2021.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_Mike Noble_                    7/26/2021
**Mike Noble**                        Date

**Cavalier CPS**
**823-C S King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2021007938
Ref: 21-SFRO-003

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c



## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of California

Case Number: 3:21-CV-01911

Plaintiff:
**U. S. Securities & Exchange Commission**

vs.

Defendant:
**Richman, Jessica**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Zachary Apte, 465 Ocean Drive, Unit 315, Miami Beach, FL 33139**.

I, Gonzalo 'Andy' Lazalde, do hereby affirm that on the **26th day of July, 2021** at **3:15 pm, I:**

Served Summons & Complaint; Notice Re Telephonic Appearance Procedures for District Judge Charles R. Breyer; General Standing Order for Civil and Criminal Cases Before Judge Charles R. Breyer; ECF Registration Information; Standing Order for All Judges of the Northern District of California on Doug Sprague Esq. as counsel for Zachary Apte. Service occurred at 1069 Ranleigh Way, Oakland, CA 94610.

**Additional Information pertaining to this Service:**
Served pursuant to Rule 4(f)(3) by "serving a copy of the complaint and summons on defendants' United States counsel via personal service and electronic mail" as ordered on July 19, 2021.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Gonzalo 'Andy' Lazalde    7/27/21
Process Server            Date

**Cavalier CPS**
823-C S King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2021007934
Ref: 21-SFRO-003

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c