# EXHIBIT F

```
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MONIQUE C. WINKLER (Cal. Bar No. 213031)
BERNARD B. SMYTH (Cal. Bar No. 217741)
  smythb@sec.gov
THOMAS J. EME (Ill. Bar No. 6224870)
  emet@sec.gov
DAVID ZHOU (NY Bar No. 4926523)
  zhoud@sec.gov
```

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA RICHMAN and ZACHARY APTE,<br><br>Defendants. | Case No. 21-cv-01911-CRB<br><br>**DECLARATION OF CRYSTAL BOODOO IN SUPPORT OF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO SERVE DEFENDANTS BY ALTERNATIVE MEANS**<br><br>Courtroom:  6, 17th Floor<br><br>Date:  Friday, July 16, 2021<br><br>Time:  10:00 a.m. |

# DECLARATION OF CRYSTAL BOODOO

I, Crystal Boodoo, declare:

1. I am a Staff Accountant in the San Francisco Regional Office of the United States Securities and Exchange Commission ("Commission"). Since May 2004 and February 2017, I have been licensed as a Certified Public Accountant in the States of Pennsylvania and California, respectively. I am making this Declaration based upon facts within my personal knowledge, and to which I am competent to testify if called upon to do so.

2. In connection with the above-captioned case, and as detailed below, I reviewed certain bank records and other documents contained in the Commission's files regarding the flow of money to and from certain bank accounts.

Summary of Bank Records Reviewed for Jessica Richman and Zachary Apte

3. I reviewed the monthly bank statements in the Commission's possession for Jessica Richman ("Richman") and Zachary Apte ("Apte") for the period beginning in the second half of 2019 through February 2021, the most recent period for which the Commission has records for the relevant accounts. Specifically, I reviewed records for the following time periods in the following accounts:

| Bank Name | Bank Account No. (Last 4 digits) | Account Holder | Trans Date From | Trans Date To |
|---|---|---|---|---|
| Bank of America | | Jessica Richman | 07/01/19 | 02/26/21 |
| Bank of America | | Zachary Apte | 06/14/19 | 02/09/21 |
| Bank of America | | Zachary Apte | 07/03/19 | 12/09/20 |

Summary of Funds Transferred Overseas from Richman and Apte Accounts

4. Based on my review of records for the bank accounts identified above, I determined that $1,089,249 was transferred from the accounts to destinations outside the United States between July 6, 2020 and February 22, 2021. Attached as Exhibit A is a summary of those transactions.

2020 Transfers of Over $900,000 Overseas from Richman and Apte Accounts

5. Based on my review of the 2020 transactions for the bank accounts identified above, I determined that $906,228 was transferred from the accounts to destinations outside the United States.

Of that amount, a total of $700,000 was transferred on August 26, 2020 from Richman's and Apte's Bank of America ("BofA") accounts ending in ▮▮▮▮▮▮, respectively, to a foreign bank account ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. A summary of those 2020 transactions is as follows:

| Trans Date | From Account Info | To Account Info | Trans Type | Transaction Details | Transaction Amount |
|---|---|---|---|---|---|
| 08/26/20 | | | Intl Wire | "Pop Other/Family Partnership" | $350,000 |
| 08/26/20 | | | Intl Wire | "Pop Other/Family Partnership" | $350,000 |
| Grand Total | | | | | $700,000 |

### 2021 Transfers of Over $180,000 Overseas from Richman and Apte Accounts

6. Based on my review of the 2021 transactions for the bank accounts identified above, I determined that $183,022 was transferred from the accounts to destinations outside the United States, primarily Germany. A summary of the three largest overseas transactions in 2021 is as follows:

| Trans Date | From Account Info | To Account Info | Trans Type | Transaction Details | Transaction Amount |
|---|---|---|---|---|---|
| 01/14/21 | | | Intl Wire (Germany) | "Rent and Security Deposit" | $45,303.24 |
| 01/19/21 | | | Intl Wire (Germany) | "KCJ001 Z. Apte Pop Other/ Buy Car" | $89,972.42 |
| 02/11/21 | | | Intl Wire (Germany) | "Pop Other/Legal" | $26,771.60 |
| Grand Total | | | | | $162,047.26 |

### Transfers that Indicate that Richman and Apte Now Reside in Germany

7. Of the $1,089,249 that I determined was transferred from the bank accounts identified above to destinations outside the United States, $1,087,154 (or 99.8%) was withdrawn in, transferred

to, or otherwise moved to Germany ("German transactions") (see Exhibit A). A summary of those German transactions is as follows:

| Year | International Indicator (in original wire details or remarks in bank statement) | | | Grand Total |
|---|---|---|---|---|
| 2020 | ATM Location in Germany | | (11,962) | (11,962) |
| 2020 | Payee: German Foreign Bank account | (425,018) | (466,998) | (892,016) |
| 2020 | Intl ACH ("IAT") to German Corp | (154) | | (154) |
| **2020 Total** | | **(425,172)** | **(478,960)** | **(904,132)** |
| 2021 | ATM Location in Germany | (2,907) | (1,474) | (4,381) |
| 2021 | Payee: German Foreign Bank account | (26,772) | (151,869) | (178,641) |
| **2021 Total** | | **(29,679)** | **(153,343)** | **(183,022)** |
| **Grand Total** | | **(454,851)** | **(632,303)** | **(1,087,154)** |

8. Furthermore, of the most recent bank statements that I reviewed, I determined that the majority of February 2021 transactions in ███, respectively, were ATM withdrawals made from Germany. A summary of those transactions is as follows:

| Trans Date | To Account Info | ATM Location | | |
|---|---|---|---|---|
| 02/04/21 | ATM Cash withdrawals | Berlin, Germany | (734.24) | (734.24) |
| 02/08/21 | ATM Cash withdrawals | Berlin, Germany | (730.03) | (730.03) |
| 02/16/21 | ATM Cash withdrawal | Berlin, Germany | (740.01) | |
| 02/22/21 | ATM Cash withdrawal | Bankhaus Augu (Germany) | (682.42) | |
| **Grand Total** | | | **2,886.70** | **1,464.27** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was signed in San Francisco, California on June 10, 2021.

/s/ Crystal Boodoo
CRYSTAL BOODOO