# EXHIBIT G

# EXHIBIT A

**Exhibit A**

Summary of Funds Transferred Overseas by Richman and Apte during the Review Period

| Trans Year | Trans Date | Payee | Memo Details | Original Wire Details or Remarks in Bank Statement | Intl Location | International Indicator | | Grand Total ($) |
|---|---|---|---|---|---|---|---|---|
| | 07/06/20 | ATM WD | | WITHDRWL EUROZONE BERLIN | GERMANY | ATM in Foreign Location | (756) | (756) |
| | 07/06/20 | ATM WD | | WITHDRWL BATH ROAD HAYES LONDON | LONDON, UK | ATM in Foreign Location | (146) | (146) |
| | 07/06/20 | WIRE/ TRANSFER FEE | | WITHDRWL EUROZONE BERLIN FEE | GERMANY | ATM in Foreign Location | (5) | (5) |
| | 07/06/20 | WIRE/ TRANSFER FEE | | WITHDRWL BATH ROAD HAYES LONDON FEE | LONDON, UK | ATM in Foreign Location | (5) | (5) |
| | 07/13/20 | ATM WD | | WITHDRWL TRANSACT PAPPELAL BERLIN | GERMANY | ATM in Foreign Location | (645) | (645) |
| | 07/13/20 | WIRE/ TRANSFER FEE | | WITHDRWL TRANSACT PAPPELAL BERLIN FEE | GERMANY | ATM in Foreign Location | (5) | (5) |
| | 07/17/20 | ATM WD | | WITHDRWL TRANSACT MAUERSEG BERLIN | GERMANY | ATM in Foreign Location | (781) | (781) |
| | 07/17/20 | WIRE/ TRANSFER FEE | | WITHDRWL TRANSACT MAUERSEG BERLIN FEE | GERMANY | ATM in Foreign Location | (5) | (5) |
| | 07/23/20 | ATM WD | | WITHDRWL TRANSACT BERLIN | GERMANY | ATM in Foreign Location | (784) | (784) |
| | 07/23/20 | WIRE/ TRANSFER FEE | | WITHDRWL TRANSACT BERLIN FEE | GERMANY | ATM in Foreign Location | (5) | (5) |
| | 07/24/20 | ATM WD | | WITHDRWL BERLINER SPARKASS | GERMANY | ATM in Foreign Location | (581) | (581) |
| | 07/24/20 | WIRE/ TRANSFER FEE | | WITHDRWL BERLINER SPARKASS FEE | GERMANY | ATM in Foreign Location | (5) | (5) |
| | 07/24/20 | WIRE/ TRANSFER FEE | | WITHDRWL BERLINER SPARKASS INTERNATIONAL TRANSACTION FEE | GERMANY | ATM in Foreign Location | (17) | (17) |
| | 07/27/20 | ATM WD | | WITHDRWL TRANSACT BERLIN | GERMANY | ATM in Foreign Location | (794) | (794) |
| | 07/27/20 | WIRE/ TRANSFER FEE | | WITHDRWL TRANSACT BERLIN FEE | GERMANY | ATM in Foreign Location | (5) | (5) |
| | 07/29/20 | ATM WD | | WITHDRWL TRANSACT DANZIGER BERLIN | GERMANY | ATM in Foreign Location | (803) | (803) |
| | 07/29/20 | WIRE/ TRANSFER FEE | | WITHDRWL TRANSACT DANZIGER BERLIN FEE | GERMANY | ATM in Foreign Location | (5) | (5) |
| | 08/03/20 | ATM WD | | WITHDRWL BANKHAUS AUGU | GERMANY | ATM in Foreign Location | (656) | (656) |

**Exhibit A**

Summary of Funds Transferred Overseas by Richman and Apte during the Review Period

| Trans Year | Trans Date | Payee | Memo Details | Original Wire Details or Remarks in Bank Statement | Intl Location | International Indicator | | Grand Total ($) |
|---|---|---|---|---|---|---|---|---|
| | 08/03/20 | FORIS GRUENDUNGS GMBH | | WIRE TYPE: FX OUT DATE: ▮ TIME: ▮ ET FX: EUR 2500.00 ▮ BNF: FORIS GRUENDUNGS GMBH ID: ▮ BNF BK:DEUTSCHE BANK AKTIENG ID: ▮ DET: ▮ HAUPTSTADTALLEE ▮ | GERMANY | Destination Foreign Bank account in wire details | (3,014) | (3,014) |
| | 08/03/20 | WIRE/TRANSFER FEE | | ▮ WITHDRWL ▮ BANKHAUS AUGU FEE | GERMANY | ATM in Foreign Location | (5) | (5) |
| | 08/10/20 | ATM WD | | WITHDRWL ▮ BANKHAUS AUGU | GERMANY | ATM in Foreign Location | (664) | (664) |
| | 08/10/20 | WIRE/TRANSFER FEE | | ▮ WITHDRWL ▮ BANKHAUS AUGU FEE | GERMANY | ATM in Foreign Location | (5) | (5) |
| | 08/14/20 | SHOP-APOTHEKE B | | SHOP-APOTHEKE B DES:IAT PAYPAL ID: ▮ INDN:JESSICA SF CO ID:XXXXXXXXC IAT PMT INFO: WEB | | Intl ACH ("IAT") in memo field | (218) | (218) |
| | 08/17/20 | BRINGMEISTER GMB | | BRINGMEISTER GMB DES:IAT PAYPAL ID: ▮ INDN:JESSICA SF CO ID:XXXXXXXXC IAT PMT INFO: WEB | GERMANY | Intl ACH ("IAT") in memo field | (154) | (154) |
| | 08/17/20 | H&M | | H M HENNES MAU DES:IAT PAYPAL ID: ▮ INDN:JESSICA SF CO ID:XXXXXXXXC IAT PMT INFO: WEB | | Intl ACH ("IAT") in memo field | (223) | (223) |
| | 08/17/20 | PITNEY BOWES | | PITNEY BOWES LIM DES:IAT PAYPAL ID: ▮ INDN:JESSICA SF CO ID:XXXXXXXXC IAT PMT INFO: WEB | | Intl ACH ("IAT") in memo field | (12) | (12) |
| | 08/17/20 | SHOP-APOTHEKE B | | SHOP-APOTHEKE B DES:IAT PAYPAL ID: ▮ INDN:JESSICA SF CO ID:XXXXXXXXC IAT PMT INFO: WEB | | Intl ACH ("IAT") in memo field | (122) | (122) |
| | 08/17/20 | SUMMER WANG | | SUMMER WANG DES:IAT PAYPAL ID: ▮ INDN:JESSICA SF CO ID:XXXXXXXXC IAT PMT INFO: WEB | | Intl ACH ("IAT") in memo field | (19) | (19) |
| | 08/18/20 | ZAHNC024INH AD | | ▮ DES:IAT PAYPAL ID: ▮ INDN:JESSICA SF CO ID:XXXXXXXXC IAT PMT INFO: WEB | | Intl ACH ("IAT") in memo field | (50) | (50) |
| | 08/19/20 | ATM WD | | ▮ WITHDRWL TRANSACT JANNOWIT BERLIN | GERMANY | ATM in Foreign Location | (817) | (817) |
| | 08/19/20 | WIRE/TRANSFER FEE | | ▮ WITHDRWL TRANSACT JANNOWIT BERLIN FEE | GERMANY | ATM in Foreign Location | (5) | (5) |

**Exhibit A**

Summary of Funds Transferred Overseas by Richman and Apte during the Review Period

| Trans Year | Trans Date | Payee | Memo Details | Original Wire Details or Remarks in Bank Statement | Intl Location | International Indicator | | Grand Total ($) |
|---|---|---|---|---|---|---|---|---|
| | 08/24/20 | ATM WD | | ▓▓▓WITHDRWL TRANSACT JANNOWIT BERLIN | GERMANY | ATM in Foreign Location | | (811) (811) |
| | 08/24/20 | RONNY SCHAFER | | RONNY SCHAFER DES:IAT PAYPAL ID:▓▓▓ INDN:ZACHARY APTE CO ID:XXXXXXXXXC IAT PMT INFO: WEB ▓▓▓ | | Intl ACH ("IAT") in memo field | | (176) (176) |
| | 08/24/20 | WIRE/ TRANSFER FEE | | ▓▓▓WITHDRWL TRANSACT JANNOWIT BERLIN FEE | GERMANY | ATM in Foreign Location | | (5) (5) |
| | 08/25/20 | LUKASZ PIOTROWSK | | LUKASZ PIOTROWSK DES:IAT PAYPAL ID:▓▓▓ INDN:JESSICA SF CO ID:XXXXXXXXXC IAT PMT INFO: WEB | | Intl ACH ("IAT") in memo field | (530) | (530) |
| | 08/26/20 | APTE FAMILY UG | OTHER/FAMILY | WIRE TYPE INTL OUT DATE:▓▓▓ TIME:12:45 ET SERVICE REF:▓▓▓ BNF:APTE FAMILY UG ID:▓▓▓ BNF BK:DB P RIVAT- UND FIRMENKUN ID:▓▓▓ DET:▓▓▓ POP OTHER/FAMILY | GERMANY | Destination Foreign Bank account in wire details | (350,000) | (350,000) |
| | 08/26/20 | APTE FAMILY UG | OTHER/FAMILY PARTNERSHIP | WIRE TYPE INTL OUT TIME:▓▓▓ TRN:▓▓▓ SERVICE REF:▓▓▓ BNF:APTE FAMILY UG ID:▓▓▓ BNF BK:DB P RIVAT- UND FIRMENKUN ID:▓▓▓ DET:▓▓▓ OTHER/FAMILY PARTNERSHIP | GERMANY | Destination Foreign Bank account in wire details | (350,000) | (350,000) |
| | 08/26/20 | ATM WD | | ▓▓▓WITHDRWL TRANSACT JANNOWIT BERLIN | GERMANY | ATM in Foreign Location | | (808) (808) |
| | 08/26/20 | WIRE/ TRANSFER FEE | | ▓▓▓WITHDRWL TRANSACT JANNOWIT BERLIN FEE | GERMANY | ATM in Foreign Location | | (5) (5) |
| | 08/31/20 | AKV LANGUAGE SERVICE | | AKV LANGUAGE SERDES:IAT PAYPAL ID:▓▓▓ INDN:ZACHARY APTE CO ID:XXXXXXXXXC IAT PMT INFO: WEB | | Intl ACH ("IAT") in memo field | | (242) (242) |
| | 08/31/20 | RONNY SCHAFER | | RONNY SCHAFER DES:IAT PAYPAL ID:▓▓▓ INDN:ZACHARY APTE CO ID:XXXXXXXXXC IAT PMT INFO: WEB ▓▓▓ | | Intl ACH ("IAT") in memo field | | (177) (177) |
| | 09/03/20 | ZACHARY APTE | FUNDS WHILE TRAVELING POP OTHER/LOCAL FUNDSW | WIRE TYPE:FX OUT DATE:▓▓▓ TIME:14:25 ET FX:EUR 5000.00 ▓▓▓ BNF:ZACHARY APTE ID:▓▓▓ BNF BK:DEUTSC HE BANK AKTIENG ID:▓▓▓ DET:▓▓▓ | GERMANY | Destination Foreign Bank account in wire details | | (6,080) (6,080) |

**Exhibit A**

Summary of Funds Transferred Overseas by Richman and Apte during the Review Period

| Trans Year | Trans Date | Payee | Memo Details | Original Wire Details or Remarks in Bank Statement | Intl Location | International Indicator | | Grand Total ($) |
|---|---|---|---|---|---|---|---|---|
| | | | | FUNDS WHILE TRAVELING POP OTHER/LOCAL FUNDSW | | | | |
| | 09/08/20 | ATM WD | | WITHDRWL BANKHAUS AUGU | GERMANY | ATM in Foreign Location | (664) | (664) |
| | 09/08/20 | WIRE/ TRANSFER FEE | | WITHDRWL BANKHAUS AUGU FEE | GERMANY | ATM in Foreign Location | (5) | (5) |
| | 09/14/20 | RONNY SCHAFER | | RONNY SCHAFER DES:IAT PAYPAL ID: INDN:ZACHARY APTE CO ID:XXXXXXXXC IAT PMT INFO: WEB | | Intl ACH ("IAT") in memo field | (102) | (102) |
| | 09/17/20 | ATM WD | | WITHDRWL TRANSACT BLUECHER BERLIN | GERMANY | ATM in Foreign Location | (811) | (811) |
| | 09/17/20 | WIRE/ TRANSFER FEE | | WITHDRWL TRANSACT BLUECHER BERLIN FEE | GERMANY | ATM in Foreign Location | (5) | (5) |
| | 10/08/20 | ATM WD | | WITHDRWL TRANSACT JANNOWIT BERLIN | GERMANY | ATM in Foreign Location | (805) | (805) |
| | 10/08/20 | WIRE/ TRANSFER FEE | | WITHDRWL TRANSACT JANNOWIT BERLIN FEE | GERMANY | ATM in Foreign Location | (5) | (5) |
| | 11/09/20 | KAY-CHRISTIAN KARSTADT (RENT) | SECURITY 8 370.00 RENT 2 790.0 | WIRE TYPE:FX OUT DATE: TIME:0S:16 ET FX:EUR 111 60.00 BNF:KAY-CHRISTIAN KARSTADT ID: BNF BK:DEUTSCHE BANK AKTIENG ID: SECURITY 8 370.00 RENT 2 790.00 | GERMANY | Destination Foreign Bank account in wire details | (13,636) | (13,636) |
| | 11/09/20 | ZACHARY APTE | FOR WHILE TRAVELING POP OTHER/FUNDS FOR WHIL | WIRE TYPE:FX OUT DATE: TIME:05:16 ET FX:EUR 5000.00 BNF:ZACHARY APTE ID: BNF BK:DEUTSCHE BANK AKTIENG ID: FUNDS FOR WHILE TRAVELING POP OTHER/FUNDS FOR WHIL | GERMANY | Destination Foreign Bank account in wire details | (6,110) | (6,110) |
| | 11/23/20 | LUKASZ PIOTROWSK | | LUKASZ PIOTROWSK DES:IAT PAYPAL ID: INDN:JESSICA SF CO ID:XXXXXXXXC IAT PMT INFO: WEB | | Intl ACH ("IAT") in memo field | (76) | (76) |

**Exhibit A**

Summary of Funds Transferred Overseas by Richman and Apte during the Review Period

| Trans Year | Trans Date | Payee | Memo Details | Original Wire Details or Remarks in Bank Statement | Intl Location | International Indicator | | Grand Total ($) |
|---|---|---|---|---|---|---|---|---|
| | 11/30/20 | KAY-CHRISTIAN KARSTADT (RENT) | RENT POP OTHER/TRAVEL REN | WIRE TYPE:FX OUT DATE: ▇ TIME:05:12 ET FX:EUR 2790.00 ▇ BNF:KAY-CHRISTIAN KARSTADT ID:▇ BK:DEUTSCHE BANK AKTIENG ID:▇ TRAVEL RENT POP OTHER/TRAVEL REN | GERMANY | Destination Foreign Bank account in wire details | | (3,430) | (3,430) |
| | 12/15/20 | ATM WD | | ▇ WITHDRWL ▇ BANKHAUS AUGU | GERMANY | ATM in Foreign Location | | (682) | (682) |
| | 12/15/20 | WIRE/ TRANSFER FEE | | ▇ WITHDRWL ▇ BANKHAUS AUGU FEE | GERMANY | ATM in Foreign Location | | (5) | (5) |
| | 12/15/20 | ZACHARY APTE | ▇ FOR WHILE TRAVELING. POP OTHER/MONEY FOR WHI | WIRE TYPE: FX OUT TIME: 05:36 ET TRN:▇ FX:EUR 5000.00 ▇ BNF:ZACHARY APTE ID:▇ BK:DEUTSC HE BANK AKTIENG ID:▇ MONEY FOR WHILE TRAVELING. POP OTHER/MONEY FOR WHI | GERMANY | Destination Foreign Bank account in wire details | | (6,241) | (6,241) |
| | 12/24/20 | SCHLUN ELSEVEN RECHTSANWAL | TRADE RELATED | WIRE TYPE:FX OUT DATE:▇ TIME:10:15 ET FX:EUR 60000.00 ▇ BNF:SCHLUN ELSEVEN RECHTSANWAL ID:▇ BK:KREISSPARKASSE HEINSBER ID:▇ OP TRADE RELATED | GERMANY | Destination Foreign Bank account in wire details | (75,018) | | (75,018) |
| | 12/24/20 | SCHLUN ELSEVEN RECHTSANWAL | ▇ INVOICE ▇ APTE POP OTHER | WIRE TYPE:FX OUT DATE:▇ ET FX:EUR 60000.00 1.2499 BNF:SCHLUN ELSEVEN RECHTSANWAE ID:▇ BK:KREISSPARKASSE HEINSBER ID:▇ INVOICE ▇ APTE POP OTHER | GERMANY | Destination Foreign Bank account in wire details | | (74,994) | (74,994) |
| | 12/28/20 | KAY-CHRISTIAN KARSTADT (RENT) | ▇ KOPENICKER STR 124 RENT POP OTHE | WIRE TYPE:FX OUT DATE:▇ TIME:05:20 ET FX:EUR 2790.00 ▇ BNF:KAY-CHRISTIAN KARSTADT ID:▇ BK:DEUTSCHE BANK AKTIENG ID:▇ DET:▇ KOPENICKER STR 124 RENT POP OTHE | GERMANY | Destination Foreign Bank account in wire details | | (3,494) | (3,494) |
| **2020 Total** | | | | | | | **(426,420)** | **(479,808)** | **(906,228)** |

**Exhibit A**

Summary of Funds Transferred Overseas by Richman and Apte during the Review Period

| Trans Year | Trans Date | Payee | Memo Details | Original Wire Details or Remarks in Bank Statement | Intl Location | International Indicator | | Grand Total ($) |
|---|---|---|---|---|---|---|---|---|
| | 01/04/21 | KAY-CHRISTIAN KARSTADT (RENT) | KOPENICKER STR FEB RENT POP OTHE | WIRE TYPE:FX OUT DATE: FX:EUR 1395.00 BN ▮KAY-CHRISTIAN KARSTADT▮ BK:DEUTSCHE BANK AKTIENG ID: DET: ▮KOPENICKER STR FEB RENT POP OTHE | GERMANY | Destination Foreign Bank account in wire details | (1,756) | (1,756) |
| | 01/04/21 | ZACHARY APTE | EXPENSES WHILE TRAVELING POP OTHER /EXPENSES WHILE | WIRE TYPE:FX OUT DATE: FX:EUR 5000.00 BNF:ZACHARY APTE ID BNF BK:DEUTSC HE BANK AKTIENG ID: EXPENSES WHILE TRAVELING POP OTHER /EXPENSES WHILE | GERMANY | Destination Foreign Bank account in wire details | (6,295) | (6,295) |
| | 01/14/21 | LAURA EMMERICH (RENT) | AND SECURITY DEPOSIT POP OTHER/RENT AND SECUR | WIRE TYPE:FX OUT DATE: TIME:13:50 ET FX:EUR 36260.00 BNF:LAURA EMMERICH ID: BANK HESSEN EG ID: DET ▮RENT AND SECURITY DEPOSIT POP OTHER/RENT AND SECUR | GERMANY | Destination Foreign Bank account in wire details | (45,303) | (45,303) |
| | 01/19/21 | AUTO SINGER | Z. APTE POP OTHER/BUY CAR /FXRE | WIRE TYPE:FX OUT DATE: TIME:0546 ET FX:EUR 72429.90 BNF:AUTO SINGER ID: BNF BK:SPARKAS SE ALLGAU ID: Z. APTE POP OTHER/BUY CAR /FXRE | GERMANY | Destination Foreign Bank account in wire details | (89,972) | (89,972) |
| | 01/25/21 | KAY-CHRISTIAN KARSTADT (RENT) | KOPENICKER RENT POP OTHER/RENT | WIRE TYPE:FX OUT DATE: TIME:05:18 ET FX:EUR 1 860.00 BNF:KAY-CHRISTIAN KARSTADT ID: BK:DEUTSCHE BANK AKTIENG ID: DET: ▮KOPENICKER RENT POP OTHER/RENT | GERMANY | Destination Foreign Bank account in wire details | (2,327) | (2,327) |
| | 02/01/21 | ZACHARY APTE | FOR USE TRAVELING POP OTHER /FUNDS FOR USE T | WIRE TYPE:FX OUT DATE: TIME:05:45 ET FX:EUR 5000.00 BNF:ZACHARY APTE ID: BNF BK:DEUTSC HE BANK AKTIENG ID: FUNDS FOR USE TRAVELING POP OTHER /FUNDS FOR USE T | GERMANY | Destination Foreign Bank account in wire details | (6,216) | (6,216) |
| | 02/04/21 | ATM WD | | WITHDRWL 1C CASH BERLIN | GERMANY | ATM in Foreign Location | (734) | (734) | (1,468) |

**Exhibit A**

Summary of Funds Transferred Overseas by Richman and Apte during the Review Period

| Trans Year | Trans Date | Payee | Memo Details | Original Wire Details or Remarks in Bank Statement | Intl Location | International Indicator | | | Grand Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| | 02/04/21 | WIRE/ TRANSFER FEE | | WITHDRWL 1C CASH ▓▓▓ BERLIN FEE | GERMANY | ATM in Foreign Location | | (5) | (5) |
| | 02/04/21 | WIRE/ TRANSFER FEE | | WITHDRWL 1C CASH ▓▓▓ BERLIN FEE | GERMANY | ATM in Foreign Location | (5) | | (5) |
| | 02/08/21 | ATM WD | | WITHDRWL 1C CASH ▓▓▓ BERLIN | GERMANY | ATM in Foreign Location | (730) | (730) | (1,460) |
| | 02/08/21 | WIRE/ TRANSFER FEE | | WITHDRWL 1C CASH ▓▓▓ BERLIN FEE | GERMANY | ATM in Foreign Location | (5) | | (5) |
| | 02/08/21 | WIRE/ TRANSFER FEE | | WITHDRWL 1C CASH ▓▓▓ BERLIN FEE | GERMANY | ATM in Foreign Location | | (5) | (5) |
| | 02/11/21 | SCHLUN ELSEVEN RECHTSANWAL | OTHER/LEGAL | WIRE TYPE:FX OUT DATE: ▓▓▓ TIME:0915 ET FX:EUR 21463.64 ▓▓▓ BNF:SCHLUN ELSEVEN RECHTSANWAL ID:▓▓▓ BK:KREISSPARKASSE HEINSBER ID:▓▓▓ ▓▓▓ OTHER/LEGAL ▓▓▓ | GERMANY | Destination Foreign Bank account in wire details | (26,772) | | (26,772) |
| | 02/16/21 | ATM WD | | WITHDRWL 1C CASH ▓▓▓ BERLIN | GERMANY | ATM in Foreign Location | (740) | | (740) |
| | 02/16/21 | WIRE/ TRANSFER FEE | | WITHDRWL 1C CASH ▓▓▓ BERLIN FEE | GERMANY | ATM in Foreign Location | (5) | | (5) |
| | 02/22/21 | ATM WD | | WITHDRWL ▓▓▓ BANKHAUS AUGU | GERMANY | ATM in Foreign Location | (682) | | (682) |
| | 02/22/21 | WIRE/ TRANSFER FEE | | WITHDRWL ▓▓▓ BANKHAUS AUGU FEE | GERMANY | ATM in Foreign Location | (5) | | (5) |
| **2021 Total** | | | | | | | (29,678) | (153,343) | (183,022) |
| **Grand Total** | | | | | | | (456,098) | (633,152) | (1,089,249) |