W. DOUGLAS SPRAGUE (Cal. Bar No. 202121)
DAVID JUNG (Cal. Bar No. 314508)
RAINA BHATT (Cal. Bar No. 319435)
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533

JOEL M. HAMMERMAN (*Pro Hac Vice*)
JOSHUA P. MAHONEY (*Pro Hac Vice*)
SOPHIE H. GOTLIEB (*Pro Hac Vice*)
TARIFA LADDON (Cal. Bar No. 240419)
FAEGRE DRINKER BIDDLE & REATH, LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067

Attorneys for Defendants
JESSICA RICHMAN and ZACHARY APTE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESSICA RICHMAN and ZACHARY APTE,<br><br>　　　　　Defendants. | Case No. 21-CV-01911-CRB<br><br>**DECLARATION OF JOEL M. HAMMERMAN IN SUPPORT OF MOTION TO QUASH NON-PARTY SUBPOENAS *DUCES TECUM*, AND FOR A PROTECTIVE ORDER**<br><br>Date:　　　　TBD<br>Time:　　　　TBD<br>Courtroom:　TBD<br>Judge:　　　Hon. Charles R. Breyer |

US.134568926.04
HAMMERMAN DECLARATION ISO MOTION TO
QUASH 4 NON-PARTY SUBPOENAS *DUCES TECUM*　　　　　　　　　　　　　　　　　　　　　　CASE NO. 21-CV-01911-CRB
& FOR PROTECTIVE ORDER

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Joel M. Hammerman, declare:

1. I am an attorney with the law firm Faegre Drinker Biddle & Reath LLP. I represent Jessica Richman in this matter. *See* Dkt. 35. I am making this Declaration based upon facts within my personal knowledge and to which I am competent to testify if called upon to do so.

2. Pursuant to notice sent by overnight mail, the Securities and Exchange Commission ("SEC") advised Defendants that, on September 2, 2021, it had issued subpoenas *duces tecum* pursuant to Federal Rule of Civil Procedure 45 to four financial institutions (the "Subpoenas").

3. I, along with my colleagues, Josh Mahoney and Sophie Gottlieb, also of Faegre Drinker Biddle & Reath LLP, and counsel for Zachary Apte, Doug Sprague and Raina Bhatt of the law firm of Covington & Burling LLP, telephonically met and conferred with counsel for the SEC, Bernard B. (Brent) Smyth, David Zhou and Thomas Eme, on September 13, 2021, in an attempt to resolve the parties' dispute relating to the Subpoenas.

4. As a result of that that meeting, the SEC agreed to withdraw one of the Subpoenas and to discard any materials obtained in response thereto.

5. Despite the parties' attempts to resolve the remaining issues in dispute, no resolution was reached that would obviate the need to file the instant Motion to Quash Nonparty Subpoenas and for a Protective Order (the "Motion").

6. During the parties' September 13, 2021 call, Mr. Smyth advised that the SEC has received documents from one of the three institutions still at issue in the Motion—Bank of America, N.A. Mr. Smyth advised that the SEC has not yet reviewed those documents and would not review those documents without further meeting and conferring with Defendants.

7. Defendants agreed to provide the SEC a letter by 3:30 pm PST on September 15, 2021, outlining Defendants' position regarding why the SEC should not review materials provided by Bank of America while the Motion is pending.

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

US.134568926.04
HAMMERMAN DECLARATION ISO MOTION TO
QUASH 4 NON-PARTY SUBPOENAS *DUCES TECUM*   - 1 -   CASE NO. 21-CV-01911-CRB
& FOR PROTECTIVE ORDER

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed this 13th day of September, 2021.

_____
Joel M. Hammerman

US.134568926.04
HAMMERMAN DECLARATION ISO MOTION TO QUASH 4 NON-PARTY SUBPOENAS *DUCES TECUM* & FOR PROTECTIVE ORDER     - 2 -     CASE NO. 21-CV-01911-CRB

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO