UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>JESSICA RICHMAN, et al.,<br><br>Defendants. | Case No. 21-cv-01911-CRB (LB)<br><br>**NOTICE AND ORDER REGARDING DISCOVERY PROCEDURES**<br><br>Re: ECF No. 43 |

    The district judge referred all discovery matters to the undersigned.[1] Defendant Jessica Richman has filed a motion to quash non-party subpoenas duces tecum and for a protective order.[2] The parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the

---

[1] Order – ECF No. 43. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Mot. – ECF No. 42.

ORDER – No. 21-cv-01911-CRB (LB)

undersigned will evaluate whether further proceedings are necessary, including any further briefing or argument. The court thus denies without prejudice the motion to quash in favor of this process.[3]

**IT IS SO ORDERED.**

Dated: September 17, 2021

_____
LAUREL BEELER
United States Magistrate Judge

---

[3] The court adds that it also uses the discovery procedures for third-party objections to subpoenas.