W. DOUGLAS SPRAGUE (Cal. Bar No. 202121)
DAVID GRADY JUNG (Cal. Bar No. 314508)
RAINA BHATT (Cal. Bar No. 319435)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533

JOEL M. HAMMERMAN (Pro Hac Vice)
JOSHUA P. MAHONEY (Pro Hac Vice)
SOPHIE H. GOTLIEB (Pro Hac Vice)
TARIFA LADDON (Cal. Bar No. 240419)
FAEGRE DRINKER BIDDLE & REATH, LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA RICHMAN and ZACHARY APTE,<br><br>Defendants. | Case No. 21-CV-01911-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY ACTION FOR LIMITED PERIOD |

Based on Defendants' Unopposed Motion To Stay Action for Limited Period:

IT IS HEREBY ORDERED that this case is stayed for 180 days from the date of this Order.

IT IS FURTHER ORDERED that unless otherwise ordered by this Court, the parties shall file a status report not later than 150 days from the date of this Order. Should any party wish to move to extend the stay, such party may move to do so at that time.

**IT IS SO ORDERED.**

Date: __January 5, 2023__          _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE