W. DOUGLAS SPRAGUE (SBN 202121)
dsprague@cov.com
DAVID GRADY JUNG (SBN 314508)
gjung@cov.com
RAINA BHATT (SBN 319435)
rbhatt@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
*Attorneys for Defendant Zachary Apte*

JOEL M. HAMMERMAN (*Pro Hac Vice*)
joel.hammerman@faegredrinker.com
JOSHUA P. MAHONEY (*Pro Hac Vice*)
josh.mahoney@faegredrinker.com
SOPHIE H. GOTLIEB (*Pro Hac Vice*)
sophie.gotlieb@faegredrinker.com
TARIFA LADDON (SBN 240419)
tarifa.laddon@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH, LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
*Attorneys for Defendant Jessica Richman*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JESSICA RICHMAN and ZACHARY APTE,<br><br>　　　　　　　　Defendants. | Case No.: 21-CV-01911-CRB<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND STAY FOR LIMITED PERIOD** |

Based on Defendants' Unopposed Motion To Extend Stay for Limited Period:

IT IS HEREBY ORDERED that the stay in this case is extended for an additional 180 days from the previously-ordered expiration of the stay.

IT IS FURTHER ORDERED that unless otherwise ordered by this Court, the parties shall file a status report by December 1, 2023. Should any party wish to move to extend the stay, such party may move to do so at that time.

**IT IS SO ORDERED.**

Date: June 6, 2023

Hon. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE