W. DOUGLAS SPRAGUE (Cal. Bar No. 202121)
RAINA BHATT (Cal. Bar No. 319435)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
*Attorneys for Defendant Zachary Apte*

JOEL M. HAMMERMAN (Pro Hac Vice)
JOSHUA P. MAHONEY (Pro Hac Vice)
SOPHIE H. GOTLIEB (Pro Hac Vice)
TARIFA LADDON (Cal. Bar No. 240419)
FAEGRE DRINKER BIDDLE & REATH, LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
*Attorneys for Defendant Jessica Richman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA RICHMAN and ZACHARY APTE,<br><br>Defendants. | Case No. 21-CV-01911-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND STAY FOR LIMITED PERIOD** |

Based on Defendants' Unopposed Motion To Extend Stay for Limited Period:

IT IS HEREBY ORDERED that the stay in this case is extended for an additional 180 days from the previously-ordered expiration of the stay.  Effective upon the date of the expiration of the previously-ordered stay, the stay shall not preclude any party from taking steps necessary to obtain authorization from or through international authorities to seek discovery of documents or information outside the United States, including but not limited to depositions in foreign countries. However, no party shall issue or serve any such authorized discovery during the pendency of the stay, and no party or non-party shall be required to respond to any such authorized discovery during the pendency of the stay.  Any party who takes steps

to obtain such authorization to seek such discovery must comply with all applicable rules, regulations, and laws governing those processes, including but not limited to any applicable rules, regulations, or laws regarding notice. No party waives any right to challenge or object to any other party seeking such authorization.

IT IS FURTHER ORDERED that unless otherwise ordered by this Court, the parties shall file a status report by June 1, 2024. Should any party wish to move to extend the stay, such party may move to do so at that time.

**IT IS SO ORDERED.**

Date: __December 1, 2023_____

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE