W. DOUGLAS SPRAGUE (CA Bar No. 202121)
RAINA BHATT (CA Bar No. 319435)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
*Attorneys for Defendant Zachary Apte*

JOEL M. HAMMERMAN (*Pro Hac Vice*)
JOSHUA P. MAHONEY (*Pro Hac Vice*)
SOPHIE H. GOTLIEB (*Pro Hac Vice*)
TARIFA LADDON (CA Bar No. 240419)
FAEGRE DRINKER BIDDLE & REATH, LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
*Attorneys for Defendant Jessica Richman*

BERNARD B. SMYTH (CA Bar No. 217741)
THOMAS J. EME (IL Bar No. 6224870)
U.S. SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94014
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA RICHMAN and ZACHARY APTE,<br><br>Defendants. | Case No. 21-CV-01911-CRB<br><br>**JOINT STATUS REPORT**<br><br>The Honorable Charles R. Breyer<br>Courtroom 6, 17th Floor |

## I. INTRODUCTION

Pursuant to this Court's December 1, 2023 Order, Plaintiff, Securities and Exchange Commission ("Commission"), and Defendants, Dr. Jessica Richman and Dr. Zachary Apte ("Defendants" and with the Commission, the "Parties"), jointly submit this status report advising the Court that based on the information currently available to them, Defendants do not intend to request, at this time, an extension of the Court's stay, which is scheduled to expire on June 28, 2024. The parties further advise the Court that they have agreed to meet and confer in order to draft a proposed amended joint case management statement.

## II. PROCEDURAL BACKGROUND

The Commission initiated this case against Defendants on March 18, 2021. Dkt. 1. On that same day, the Department of Justice filed an Indictment that was returned against Defendants. *See* Indictment, *United States v. Richman, et al.,* No. 21-cr-00116-CRB, Dkt. 1. This Court issued an order finding the cases related and reassigned this action. *See* Dkt. 11-12. Because discovery in this civil case had the potential to implicate Defendants' Fifth Amendment rights, Defendants filed a series of motions seeking 6-month stays of the Court's proceedings. Dkt. 59, 61, 63. The Commission did not oppose Defendants' requests. *Id.* The Court granted those motions, the last of which directed the parties to file this report. Dkt. 60, 62, 64.

## III. JOINT STATUS REPORT

Based in part on its recent communications with the Department of Justice, the Commission has advised Defendants that it is the Commission's position that there is no basis to further extend the stay and that the Commission would oppose further motions to continue the stay. Defendants, however, have received conflicting information regarding the status of pending and potential criminal enforcement proceedings. Defendants are investigating that conflicting information. However, based in part upon the Commission's representations, Defendants are not moving to further extend the stay at this time, while they continue to gather information. The Court's stay will therefore expire on June 28, 2024, absent further order of the

1  Court. The parties have agreed to meet and confer to submit an amended joint case management
2  statement on or before that date.

4  DATED: June 3, 2024                    Respectfully submitted,

6                                          By: */s/ W. Douglas Sprague*
                                           W. DOUGLAS SPRAGUE (Cal. Bar No. 202121)
7                                          RAINA BHATT (Cal. Bar No. 319435)
                                           COVINGTON & BURLING LLP
8                                          Salesforce Tower
                                           415 Mission Street, Suite 5400
9                                          San Francisco, CA 94105-2533
                                           Telephone: (415) 591-6000
10                                         Facsimile: (415) 591-6091
                                           dsprague@cov.com
11                                         rbhatt@cov.com

13                                         By: */s/ Joel M. Hammerman*
                                           JOEL M. HAMMERMAN (Pro Hac Vice)
                                           JOSHUA MAHONEY (Pro Hac Vice)
14                                         SOPHIE H. GOTLIEB (Pro Hac Vice)
                                           TARIFA LADDON (Cal. Bar No. 240419)
15                                         FAEGRE DRINKER BIDDLE & REATH, LLP
                                           1800 Century Park East, Ste. 1500
16                                         Los Angeles, California 90067
                                           Telephone: (310) 500-2166
17                                         Facsimile: (310) 229-1285
                                           joel.hammerman@faegredrinker.com
18                                         josh.mahoney@faegredrinker.com
                                           sophie.gotlieb@faegredrinker.com
19                                         tarifa.laddon@faegredrinker.com

21                                         By: */s/ Bernard B. Smyth*
                                           BERNARD B. SMYTH (CA Bar No. 217741)
                                           THOMAS J. EME (IL Bar No. 6224870)
22                                         U.S. SECURITIES AND EXCHANGE
                                             COMMISSION
23                                         44 Montgomery Street, Suite 2800
                                           San Francisco, CA 94014
24                                         Telephone: (415) 705-2500
                                           Facsimile: (415) 705-2501
25                                         smythb@sec.gov
                                           emet@sec.gov