1  MONIQUE C. WINKLER (Cal. Bar No. 213031)
   BERNARD B. SMYTH (Cal. Bar No. 217741)
2  THOMAS J. EME (Ill. Bar No. 6224870)
   **SECURITIES AND EXCHANGE COMMISSION**
3  44 Montgomery Street, Suite 2800
   San Francisco, CA 94104
4  *Attorneys for Plaintiff*

5  W. DOUGLAS SPRAGUE (Cal. Bar No. 202121)
   RAINA BHATT (Cal. Bar No. 319435)
6  **COVINGTON & BURLING LLP**
   Salesforce Tower
7  415 Mission Street, Suite 5400
   San Francisco, CA  94105-2533
8  *Attorneys for Defendant Zachary Apte*

9  JOEL M. HAMMERMAN (Pro Hac Vice)
   JOSHUA P. MAHONEY (Pro Hac Vice)
10 SOPHIE H. GOTLIEB (Pro Hac Vice)
   TARIFA LADDON (Cal. Bar No. 240419)
11 **FAEGRE DRINKER BIDDLE & REATH, LLP**
   1800 Century Park East, Suite 1500
12 Los Angeles, California 90067
   *Attorneys for Defendant Jessica Richman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA RICHMAN and ZACHARY APTE,<br><br>Defendants. | Case No. 21-cv-01911-CRB<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER** |

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Jessica Richman and Zachary Apte ("Defendants" and, together with the SEC, the "Parties") jointly submit this status report and proposed briefing schedule on Defendants' anticipated motion for an additional stay of these proceedings.

The SEC filed its Complaint in this case on March 18, 2021 (ECF 1). On the same day, the Department on Justice filed an Indictment that was returned against Defendants. *See* Indictment, *United States v. Richman, et al.*, No. 21-cr-00116-CRB, Dkt. 1. Upon unopposed motions by Defendants, proceedings in this case have been stayed for three six-month periods beginning January 2023. (ECF 60, 62, 64). The most recent six-month stay expired on June 28, 2024. (ECF 64). Prior to this matter being stayed, the SEC had propounded interrogatories upon Defendants. Although Defendants initially did not intend to request a further stay of this matter, as stated in the Parties' Joint Status Report (ECF 66), Defendants received additional information that has led them to consider whether to move for an additional stay or to move to quash the interrogatories propounded by the SEC. The SEC intends to oppose the Defendants' motion for an additional stay or motion to quash, should either be filed.

The Parties have met and conferred regarding a briefing schedule on Defendants' anticipated motions. Subject to the Court's approval, the Parties have agreed to the following briefing schedule:

| Event | Deadline |
| --- | --- |
| Defendants' Motion for an Additional Stay or Motion to Quash Interrogatories | August 9, 2024 |
| SEC's Opposition to Defendants' Motion | August 30, 2024 |
| Defendants' Reply | September 13, 2024 |
| Hearing on Defendants' Motion | September 27, 2024 at 10:00 a.m. |

In addition, the parties intend to submit a proposed case management schedule either on August 9, 2024, or within one week of any motion to stay being denied.

Respectfully submitted,

Dated: July 12, 2024
        */s/ Bernard B. Smyth*
        Bernard B. Smyth
        Thomas J. Eme
        *Attorneys for Plaintiff*
        **SECURITIES AND EXCHANGE COMMISSION**

Dated: July 12, 2024
        By: */s/ W. Douglas Sprague*
        W. Douglas Sprague
        David Jung
        Raina Bhatt
        *Attorneys for Defendant Zachary Apte*
        **COVINGTON & BURLING LLP**

Dated: July 12, 2024
        By: */s/ Joel M. Hammerman*
        Joel M. Hammerman
        Joshua Mahoney
        Sophie H. Gotlieb
        Tarifa B. Laddon
        *Attorney for Defendant Jessica Richman*
        **FAEGRE DRINKER BIDDLE & REATH, LLP**

[PROPOSED] ORDER

Pursuant to the Parties' Joint Status Report, dated July 12, 2024, the following deadlines are hereby ORDERED:

| Event | Deadline |
| --- | --- |
| Defendants' Motion for an Additional Stay or Motion to Quash Interrogatories | August 9, 2024 |
| SEC's Opposition to Defendants' Motion | August 30, 2024 |
| Defendants' Reply | September 13, 2024 |
| Hearing on Defendants' Motion | September 27, 2024 at 10:00 a.m. |

If no motion to stay is filed, the parties shall submit a proposed case management schedule on August 9, 2024.

IT IS SO ORDERED.

Dated: _____

Hon. Charles R. Breyer