W. DOUGLAS SPRAGUE (Cal. Bar No. 202121)
RAINA BHATT (Cal. Bar No. 319435)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
*Attorneys for Defendant Zachary Apte*

JOEL M. HAMMERMAN (*Pro Hac Vice*)
JOSHUA P. MAHONEY (*Pro Hac Vice*)
TARIFA LADDON (Cal. Bar No. 240419)
FAEGRE DRINKER BIDDLE & REATH, LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
*Attorneys for Defendant Jessica Richman*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 21-CV-01911-CRB |
| Plaintiff, | **STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE BY FOUR WEEKS** : ORDER |
| v. | |
| JESSICA RICHMAN and ZACHARY APTE, | The Honorable Charles R. Breyer Courtroom 6, 17th Floor |
| Defendants. | |

Defendants, Dr. Jessica Richman and Dr. Zachary Apte ("Defendants"), respectfully request to amend by four weeks the previously-submitted proposed briefing and hearing schedule.  Plaintiff, the Securities and Exchange Commission ("Commission") does not oppose Defendants' request.

On June 3, 2024, the Parties advised the Court that the Parties had met and conferred and that Defendants did not anticipate seeking to extend further the stay of these proceedings, but that Defendants were continuing to investigate the status of pending and potential criminal enforcement proceedings that could impact that decision. Dkt. 65, 66. After Defendants received additional information regarding the status of pending and potential criminal enforcement proceedings, the Parties filed a joint status report detailing an agreed upon briefing schedule for a motion for an additional stay or quash the interrogatories propounded by the Commission. Dkt. 67.  Due to scheduling conflicts, Defendants' counsel contacted the Commission and asked if the Commission would agree with a four-week continuance of the previously-proposed briefing and hearing schedule.  Subject to the Court's approval, the Commission has no objection to the proposed schedule set forth below:

| Event | Deadline |
|---|---|
| Defendants' Motion for an Additional Stay or Motion to Quash Interrogatories | September 6, 2024 |
| Plaintiff's Opposition to Defendants' Motion | September 27, 2024 |
| Defendants' Reply | October 11, 2024 |
| Hearing on Defendants' Motion | October 25, 2024 at 10:00 a.m. |

1

DATED: August 9, 2024

Respectfully submitted,

By: */s/  W. Douglas Sprague        /*
W. DOUGLAS SPRAGUE (Cal. Bar No. 202121)
RAINA BHATT (Cal. Bar No. 319435)

*Attorneys for Defendant Dr. Zachary Apte*
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
*dsprague@cov.com*
*rbhatt@cov.com*

By: */s/  Joel M. Hammerman        /*
JOEL M. HAMMERMAN (*Pro Hac Vice*)
JOSHUA MAHONEY (*Pro Hac Vice*)
TARIFA LADDON (Cal. Bar No. 240419)

*Attorneys for Defendant Dr. Jessica Richman*
**FAEGRE DRINKER BIDDLE & REATH, LLP**
1800 Century Park East, Ste. 1500
Los Angeles, California 90067
*joel.hammerman@faegredrinker.com*
*josh.mahoney@faegredrinker.com*
*tarifa.laddon@faegredrinker.com*

By: */s/  Bernard B. Smyth        /*
BERNARD B. SMYTH (Cal. Bar No. 217741)
THOMAS J. EME (Ill. Bar No. 6224870)
*smythb@sec.gov*
*emet@sec.gov*

*Attorneys for Plaintiff*
**SECURITIES AND EXCHANGE COMMISSION**
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

Date: August 9, 2024

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA