W. DOUGLAS SPRAGUE (Cal. Bar No. 202121)
RAINA BHATT (Cal. Bar No. 319435)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
*Attorneys for Defendant Zachary Apte*

JOEL M. HAMMERMAN (*Pro Hac Vice*)
JOSHUA P. MAHONEY (*Pro Hac Vice*)
TARIFA LADDON (Cal. Bar No. 240419)
FAEGRE DRINKER BIDDLE & REATH, LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
*Attorneys for Defendant Jessica Richman*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA RICHMAN and ZACHARY APTE,<br><br>Defendants. | Case No. 21-CV-01911-CRB<br><br>**STIPULATED REQUEST TO VACATE BRIEFING AND HEARING DATES AND [PROPOSED] ORDER**<br><br>The Honorable Charles R. Breyer<br>Courtroom 6, 17th Floor |

Plaintiff, the Securities and Exchange Commission ("Commission") and Defendants, Dr. Jessica Richman and Dr. Zachary Apte ("Defendants"), respectfully request the Court vacate the briefing and hearing deadlines previously ordered. On August 9, 2024, the Parties stipulated and the Court ordered the Parties to proceed under the below briefing schedule for Defendants' motion for an additional stay. Dkts. 68, 69.

| Event | Deadline |
|---|---|
| Defendants' Motion for an Additional Stay or Motion to Quash Interrogatories | September 6, 2024 |
| Plaintiff's Opposition to Defendants' Motion | September 27, 2024 |
| Defendants' Reply | October 11, 2024 |
| Hearing on Defendants' Motion | October 25, 2024 at 10:00 a.m. |

Defendants will no longer be filing a motion for an additional stay in this matter.

Moreover, the Parties continue to meet and confer in good faith regarding discovery as well as discussing potential settlement terms. Should the Parties remain unable to resolve any discovery disputes, the Parties will proceed under Judge Beeler's Standing Orders, per the Court's order referring all discovery disputes. Dkts. 43, 44.

| | |
|---|---|
| DATED: September 19, 2024 | Respectfully submitted, |

By: */s/  W. Douglas Sprague          /*
W. DOUGLAS SPRAGUE (Cal. Bar No. 202121)
RAINA BHATT (Cal. Bar No. 319435)

*Attorneys for Defendant Dr. Zachary Apte*
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
*dsprague@cov.com*
*rbhatt@cov.com*

By: */s/  Joel M. Hammerman          /*
JOEL M. HAMMERMAN (*Pro Hac Vice*)
JOSHUA MAHONEY (*Pro Hac Vice*)
TARIFA LADDON (Cal. Bar No. 240419)

*Attorneys for Defendant Dr. Jessica Richman*
**FAEGRE DRINKER BIDDLE & REATH, LLP**
1800 Century Park East, Ste. 1500
Los Angeles, California 90067
*joel.hammerman@faegredrinker.com*
*josh.mahoney@faegredrinker.com*
*tarifa.laddon@faegredrinker.com*

By: */s/  Bernard B. Smyth          /*
BERNARD B. SMYTH (Cal. Bar No. 217741)
THOMAS J. EME (Ill. Bar No. 6224870)
*smythb@sec.gov*
*emet@sec.gov*

*Attorneys for Plaintiff*
**SECURITIES AND EXCHANGE COMMISSION**
44 Montgomery Street, Suite 700
San Francisco, CA 94104

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' Stipulation, dated September 19, 2024, the following deadlines and hearing date are hereby **VACATED**:

| Event | Deadline |
| --- | --- |
| Defendants' Motion for an Additional Stay or Motion to Quash Interrogatories | September 6, 2024 |
| Plaintiff's Opposition to Defendants' Motion | September 27, 2024 |
| Defendants' Reply | October 11, 2024 |
| Hearing on Defendants' Motion | October 25, 2024 at 10:00 a.m. |

**IT IS SO ORDERED.**

Dated: September 19, 2024

_____
Hon. Charles R. Breyer