| | |
|---|---|
| 1 | MONIQUE C. WINKLER (Cal. Bar No. 213031) |
| 2 | BERNARD B. SMYTH (Cal. Bar No. 217741)<br>  smythb@sec.gov |
| 3 | DAVID ZHOU (NY Bar No. 4926523)<br>  zhoud@sec.gov |
| 4 | THOMAS J. EME (Ill. Bar No. 6224870)<br>  emet@sec.gov |

SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 700
San Francisco, CA 94104
(415) 705-2500
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>JESSICA RICHMAN and ZACHARY APTE,<br><br>    Defendants. | Case No. 21-cv-01911-CRB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR SECURITIES AND EXCHANGE COMMISSION** |

1  Pursuant to Local Civil Rule 11-5, the undersigned hereby provides notice of his withdrawal
2  as counsel on behalf of Plaintiff Securities and Exchange Commission ("SEC") in this matter.
3  The SEC will continue to be represented by its remaining counsel of record.

Respectfully submitted,

DATED: March 26, 2025

*/s/ Bernard B. Smyth*
Bernard B. Smyth
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION